IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHERMAN JONES,

      Plaintiff,                   No. 2:09-cv-2091 JFM (PC)

  vs.

J.W. BAKER, et al.,

      Defendants.         ORDER

_____/

      By order filed May 14, 2010, plaintiff's first amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. On July 19, 2010, plaintiff filed a second amended complaint. Though tardy, the court will deem it timely filed.

DATED: August 2, 2010.

                              /s/ John F. Moulds
                              UNITED STATES MAGISTRATE JUDGE

/014;jone2091.o

1